IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **TOISSANT D. BASSETT,** ) | Civil Action No. 7:10-cv-00358 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **GENE M. JOHNSON, et al.,** ) | By: Hon. Michael F. Urbanski | |
| Respondents. ) | United States District Judge | |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondents' motion to dismiss is **GRANTED**; petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for the respondents.

Entered: September 8, 2011

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge